LAW OFFICE OF CURTIS V. LEFTWICH
California Bar No. 71630
18809 Los Alimos Street
Northridge, CA 91326
Tel:  (818) 324-2091
Email: thedorsal@aol.com

Attorney for Defendant
KHAI MC GHEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-21-CR-00256-JFW-2 |
| Plaintiff, | ) | **LETTERS IN SUPPORT OF KHAI MCGHEE TO SUPPLEMENT SENTENCING MEMORANDUM** |
| v. | ) | |
| KHAI MC GHEE, | ) | Hearing Date:  February 14. 2022 |
| Defendant. | ) | Time:  10:00 AM |

Khai McGhee, by and through his counsel of record Curtis V. Leftwich, here files the attached letters for the Court's consideration in determining the sentence to be handed down in this case:

    1. Defendant Khai McGhee's letter to the Court

    2. Kevin and Kim McGhee, parents of Khai McGhee

    3. Avis McGhee, grandmother of Khai McGhee

    4. Marjan Goudarzi, mentor of Khai McGhee

Dated:  February 8, 2021        Respectfully submitted,

                                        /s/ Curtis V. Leftwich
                                        CURTIS V. LEFTWICH, ESQ.
                                        Attorney for Defendant
                                        KHAI MC GHEE

*Khai McGhee's letter to Judge Walter*
*Transcribed to facilitate easier reading*

Dear Judge Walter: I accept full responsibility for what I have done.  I know what I have done is wrong and one of my biggest mistakes ever but we all learn from our mistakes.  I am asking for a fair sentencing so I can go back into the world and become a better son, big brother and an all around better person.  I plan to take all the classes and programs I can while I am in the federal system to better myself and not let the time I am doing go to waste. I also plan to get my GED and take college courses to further my education.  I would like to be released and make something of myself and make myself and my family proud.  Everybody makes mistakes. It's part of life but I take the mistakes I've made as a learning experience.

              Sincerely,

              Khai McGhee

Dear Judge Walter I accept full responsibility for what I have done. I know what I have done is wrong and one of my biggest mistakes ever. I ask for a fair sentencing so I can go back into the world and become a better son, big brother, and an all around better person. I plan to take all the classes and programs I can while in the federal system to better myself and not let the time in bring me to waste. My plan to get my GED and take college courses to further my education. I would like to be released and make something of myself and help my mom and family grow. Everybody makes mistakes, it's part of life but take the mistake I've made as a learning experience.

## Dear Judge,

We are writing this letter for our son Khai McGhee. As parents we would have never expected our son to be in the position that he is in today coming from a loving, hardworking family. We have seen him struggle with being accepted by his peers and trying to fit in with people who were not a right fit for him.

We would sincerely like to vouch for the good character of our son. Khai is a great kid that made a wrong decision and sometimes you fall into the trap of bad company and we are sure that he wouldn't have done it had he not been influenced.

We would sincerely request you to look into this character letter before passing any verdict. We know he feels remorseful and would never commit to such a crime again in his life.


Thank you,
Kevin & Kim Mcghee

I am writing on behalf of Khai McGhee. I would like to introduce myself my name is Avis McGhee Khai McGhee grandmother. I've watched Khai grow up over the years and form healthy bonds and relationships with his mother, father, sister other family and friends. Khai is nice, polite smart and very manerable. He would always come over and sit and talk with me. We laughed, played games, read to each other and watch T.V. I am deeply sadin by the turn of events that put Khai somewhere I he would never be and me writing a letter to a judge I thought I would never have to write.

Khai is a great kid that made a huge mistake in his life, all he wanted was to fit in and be accepted by his friends which in turned costs him dearly. It is my hope that you please take note of my letter that Khai is not a bad person, he just made the wrong decisions that I'm sure he's going to grow from.

*[signature]*

January 30, 2022

To Whom it May Concern:

My name is Marjan Goudarzi and I have known Khai McGhee for almost two years. Khai was a student and member at an organization called New Earth, at which I was the Director of Enrichment Programming. New Earth is a non-profit organization that provides mentor-based arts, educational, and vocational programming for young people that have been impacted by the juvenile justice system in Los Angeles County. New Earth partners with a charter high school to additionally provide an accredited high school diploma program for young people. Khai came to New Earth in 2020, prior to his arrest, to work towards finishing his high school diploma and receive general support. I have been working with youth, adults, and families impacted by the justice system for over ten years. Khai is one of many young people that I have worked with and mentored.

It's not easy to put into words what my career thus far in juvenile justice policy and direct service tells me about this moment in Khai's life. It's not particularly confusing as to why he has found himself in this moment. While at Khai's age, I was deciding which college I was going to attend to pursue my bachelor's degree, Khai finds himself waiting to find out how many years he will be gone, away from his family, in federal prison. Young people who have contact with the justice system as a minor are 67 percent more likely to end up in adult prison by the time they turn 25 years old. I don't present this statistic to eliminate the responsibility Khai had over his own life. However, after ten years working alongside young people of color moving in and out of the system and growing up around inevitable violence and harm, I know this is no coincidence. I've worked inside the very probation facilities that Khai was in as a child and I have spent time in the environment that gave Khai a sense of false identity that any child would reasonably yearn for. I've seen what he was up against. While my work and research motivates me to present more statistics and disparities such as this, I know this is a precious moment to advocate for the most lenient sentence for Khai. For that, I speak to Khai's character and what I know incarceration will not do for him.

Khai is sweet. Most people who saw his face plastered across the news would think otherwise. They may have seen the tattoo on the side of his face and read that he was a gang member. The tattoo on the side of his face is his little sister's name. Khai wasn't able to come to school for a couple days one week because he wasn't feeling well. To make sure he didn't fall behind with his school work, he asked if I could drop off some packets for him to work on until he was able to come back to school. When Khai came outside to grab the work I was dropping off, I stuck around to have a conversation with him. I knew he was having a hard time and I wanted to give him a little pep talk. We talked about what motivates him to do better and to stay away from things he knew were not going to benefit him. The first thing Khai mentioned to me was his little sister. One thing he knew for certain was that he wanted to be a good big brother in her eyes and make sure she was taken care of. In that same conversation, Khai expressed to me that he was tired of the lifestyle he had been living and wanted to do something different. This was the sentiment multiple other staff members at New Earth said that they heard from Khai.

Everyone saw it.  He wanted out.  He wanted to go to school, get a job, spend time with his girlfriend, and not have to deal with the exhaustion of the life many of his peers were living.  Khai was willing to step out of his comfort zone, something many young people his age and living that lifestyle are not easily willing to do.  Khai came to school even when he had a probation officer that was rarely checking on his attendance.  He applied for jobs and I took him to job interviews even though he wasn't required to have a job.  Unfortunately, we didn't get enough time with Khai to see the trajectory of his young life take a different route.  I firmly believe this is only because doing so is not an overnight process.  The power of what Khai was up against is something that takes a whole village to combat.  We were only in our beginning stages.

Khai is smart and loving.  I believe the only thing Khai was truly lacking was the ability to see his own potential in the moments that mattered.  But the truth is we don't expect that of young people so early in their lives.  We allow them to grow into that knowledge.  Understanding his identity and value was something that Khai was fighting for and he only became lost by the detriments in his environment.

My hope and goal is to continue to mentor and support Khai in this journey he has in front of him.  I know that Khai needs his family, his community, and mentorship to create change.  While I understand that there are consequences, I am asking that those consequences take into consideration Khai's age and all the life he has ahead of him.  I am asking the court to give Khai the lowest possible sentence in order to give him the opportunity to come home and build a fulfilling life for himself.  More time away inevitably makes the process of returning more and more challenging.  I am asking the court to recognize that in doing this work, I do not take letters such as these lightly.  I believe in Khai.

I am always available to speak more on Khai's behalf if needed.  Thank you for your time and thoughtful consideration of Khai's future.

With gratitude,

Marjan Goudarzi, MPP
goudarzi.marjan@gmail.com
323-837-8697